BENJAMIN B. WAGNER
United States Attorney
WALLACE J. LEE
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | 1:11-MJ-00087 (002) BAM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MOTION AND ORDER FOR DISMISSAL |
| THAI SEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Wallace J. Lee, Special Assistant United States Attorney, hereby moves to dismiss without prejudice the information filed on May 2, 2011, against Thai See, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: July 18, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney


                              By : _/s/ Wallace J. Lee_____
                                   WALLACE J. LEE
                                   Special Assistant U.S. Attorney


MOTION AND ORDER FOR DISMISSAL

O R D E R

IT IS HEREBY ORDERED that the information filed on May 2, 2011, against Thai See, be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:  __July 18, 2012__     _____/s/ **Barbara A. McAuliffe**_____
UNITED STATES MAGISTRATE JUDGE

MOTION AND ORDER FOR DISMISSAL